CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
chaz@raineydevine.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
jennifer@raineydevine.com
THE LAW FIRM OF RAINEY DEVINE
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734

BRETT E. LEWIS, ESQ. (*pro hac vice motion pending*)
New York Bar No. 2972842
brett@iLawco.com
JUSTIN MERCER, ESQ. (*pro hac vice motion pending*)
New York Bar No. 5028360
justin@iLawco.com
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Counsel for Defendants The Gun Garage, Inc.
and Michael S. McKinney a/k/a Mike McKinney*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PERFORMANCE RHINO, LLC, | CASE NO: 2:13-cv-01291-JCM-GWF |
| *Plaintiff*, | State Court Case No.: A-13-684454-C<br>Dept. No.: 31 |
| v. | |
| THE GUN GARAGE, INC., a Georgia corporation; MICHAEL S. MCKINNEY a/k/a MIKE MCKINNEY, | **VERIFIED PETITION OF JUSTIN MERCER, ESQ. FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| *Defendants*. | |

JUSTIN MERCER, ESQ., Petitioner, respectfully represents to this Court:

1. That Petitioner is an attorney at law and a member of the law firm of Lewis & Lin, LLC with offices at 45 Main Street, Suite 608, Brooklyn, New York, 11201, his office telephone number being (718) 243-9323 and his email being justin@iLawco.com.

1

2. That Petitioner has been retained personally or as a member of the law firm by The Gun Garage Inc. and Michael S. McKinney to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 14, 2012, Petitioner has been and presently is a member in good standing of the bar of the highest court of the state of New York, where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice law before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other states on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the Southern District of New York | March 22, 2013 | JM-1954 |
| U.S. District Court for the Eastern District of New York | March 25, 2013 | JM-4514 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension or any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below: N/A

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission): N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

American Bar Association, National Bar Association, New York State Bar Association, and Metropolitan Black Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

*(If necessary, please attach a statement of additional applications)*

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

/ / /
/ / /
/ / /
/ / /
/ / /

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

3

State of New York         )
                          )
County of Kings           )

JUSTIN MERCER, ESQ., Petitioner, being first duly sworn, deposes and says that the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 22nd day of July, 2013.

_____
Notary Public or Clerk of Court

David D. Lin, No. 02LI6246989
Notary Public, State of New York
Qualified in New York County
My Commission Expires Aug 22, 20 15

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interest of the client(s) to designate Charles C. Rainey, Esq./MBA, Attorney at Law, member of the State Bar of Nevada, and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

The Law Firm of Rainey Devine, 8915 S. Pecos Road, Suite 20A, Henderson, Nevada 89074, Telephone: (702) 425-5100 and email: chaz@raineydevine.com.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint Charles C. Rainey, Esq./MBA as their Designated Resident Nevada Counsel in this case.

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

1 | The undersigned party(ies) appoint Charles C. Rainey, Esq./MBA as their Designated Resident
2 | Nevada Counsel in this case.

_____
Michael S. McKinney

_____
Authorized Agent, The Gun Garage, Inc.

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/Chaz Rainey
_____
Charles C. Rainey, Esq./MBA
Bar Number 10723
chaz@raineydevine.com

APPROVED:

Dated this _____ day of _____, 2013

_____
UNITED STATES DISTRICT JUDGE

RAINEY • DEVINE
8915 S. Pecos Road, Suite 20A
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

5

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JUSTIN HARRY RYANN MERCER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 14, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 24, 2013**

_Susanna Rojas_
Clerk of the Court

5854