CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
chaz@raineydevine.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
jennifer@raineydevine.com
THE LAW FIRM OF RAINEY DEVINE
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734

BRETT E. LEWIS, ESQ. (*pro hac vice motion pending*)
New York Bar No. 2972842
brett@iLawco.com
JUSTIN MERCER, ESQ.
New York Bar No. 5028360
justin@iLawco.com
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326

*Counsel for Defendants The Gun Garage, Inc.
and Michael S. McKinney a/k/a Mike McKinney*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE RHINO, LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>THE GUN GARAGE, INC., a Georgia corporation; MICHAEL S. MCKINNEY a/k/a MIKE MCKINNEY,<br><br>     *Defendants*. | CASE NO.: 2:13-cv-01291-JCM-GWF<br><br>State Court Case No.: A-13-684454-C<br>Dept. No.: 31<br><br><u>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**</u> |

  WHEREAS on July 22, 2013, defendants THE GUN GARAGE, INC. and MICHAEL S. MCKINNEY a/k/a MIKE MCKINNEY ("Defendants") filed a Notice of Removal with this Court; Defendants did not answer or otherwise respond to Plaintiff's Complaint in the state court action; and pursuant to F.R.C.P. 81(c), Defendants were required to file an answer or present other defenses or objections to the Plaintiff's Complaint by July 29, 2013;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint is extended to and includes August 5, 2013.

Dated: Las Vegas, Nevada
July 30, 2013

SNELL & WILMER L.L.P

By: _____
Charles E. Gianelloni
Nevada Bar No. 12747

3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: (702) 784-5200
cgianelloni@swlaw.com

*Attorneys for Plaintiff PERFORMANCE RHINO, LLC*

LEWIS & LIN, LLC

By: _____
Justin Mercer

45 Main Street, Suite 608
Brooklyn, New York 11201
Tel: (718) 243-9323
justin@ilawco.com

*Attorneys for Defendants THE GUN GARAGE, INC. and MICHAEL S. MCKINNEY a/k/a MIKE MCKINNEY*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE,


Dated: _____