# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PERFORMANCE RHINO, LLC,

    Plaintiff(s),

v.

THE GUN GARAGE, INC., et al.,

    Defendant(s).

2:13-CV-1291 JCM (GWF)

## ORDER

Presently before the court is plaintiff Performance Rhino, LLC's, emergency motion to continue briefing related to defendants' motion to dismiss. (Doc. #27).[1] Plaintiff seeks an order continuing briefing until resolution of its motion to remand. (Doc. #24).[2]

Plaintiff requests six (6) days in which to respond to defendants' motion to dismiss should this court deny plaintiff's motion to remand. Defendants have not filed their response to plaintiff's motion to remand, and the deadline to do so has not yet expired. In an effort to minimize the costs to each party, and in order to increase judicial efficiency, this court finds it appropriate to continue briefing related to defendants' motion to dismiss until resolution of plaintiff's motion to remand.

---

[1] Defendants Gun Garage, Inc., and Michael McKinney have filed a motion to dismiss and plaintiff's response is due August 22, 2013. (Doc. #20).

[2] Also pending is plaintiff's motion to remand (doc. #24) and defendants' response is due August 31, 2013.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Performance
3  Rhino, LLC's, emergency motion to continue briefing related to defendants' motion to dismiss (doc.
4  # 27) be, and the same hereby is, GRANTED.

5      IT IS FURTHER ORDERED that plaintiff shall have six (6) days from this court's decision
6  on the motion to remand (doc. #24) in which to file a response to defendants' motion to dismiss (doc.
7  #20), if necessary.

8      DATED August 20, 2013.

                                            *[signature: James C. Mahan]*
                                            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -